**FILED IN CHAMBERS**
**U.S.D.C ATLANTA**

Date: Jul 02 2026

**KEVIN P. WEIMER** , Clerk

By: s/ Neethu Varghese

Deputy Clerk

# United States District Court

## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

JORDAN NICHOLAS HADLEY

**CRIMINAL COMPLAINT**

Case Number:  1:26-MJ-0712

UNDER SEAL

I, the undersigned complainant depose and say under penalty of perjury that the following is true and correct to the best of my knowledge and belief.  On or about April 24, 2026 in Fulton County, in the Northern District of Georgia, defendant did, transmit in interstate commerce a communication containing a threat to injure the person of another

in violation of Title 18, United States Code, Section 875(c).

I further state that I am a Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.    Yes

*Joshua Floyd*
_____
Signature of Complainant

Joshua Floyd

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

July 2, 2026                                    at    Atlanta, Georgia
_____              _____
Date                                                City and State

J. ELIZABETH MCBATH
UNITED STATES MAGISTRATE JUDGE
_____
Name and Title of Judicial Officer

AUSA Daniel Grill / 2026R00391
Daniel.grill@usdoj.gov

*J. Elizabeth McBath*
_____
Signature of Judicial Officer

ATTEST: A TRUE COPY
CERTIFIED THIS

Date: Jul 02 2026

KEVIN P. WEIMER, Clerk

By: s/ Neethu Varghese
Deputy Clerk

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Joshua Floyd, hereby depose and say under penalty of perjury:

## <u>INTRODUCTION AND AGENT BACKGROUND</u>

1.     I am a Special Agent with the Federal Bureau of Investigation (the "Agency") and have been since 2018. I am currently assigned to the Violent Crime squad in the Atlanta Field Division of the Agency. I am responsible for apprehending fugitives and investigating violent crimes, including bank robberies, commercial business robberies, kidnappings, carjackings, firearms violations, and gang matters. I have received twenty weeks of training at the FBI Academy located in Quantico, Virginia. I have received training on criminal organizations, bank robberies, criminal case management, financial investigations, money laundering investigations, informant development, and Title III (wiretap) investigations. My investigations have involved the use of confidential sources ("CS"), sources of information ("SOI"), consensual monitoring, electronic and physical surveillance, telephone toll analysis, pole cameras, search warrants of cellular telephones and computers, Global Positioning System ("GPS") tracking, pen register and trap and trace devices, interviews, trash covers, and other investigative techniques. I have conducted interviews of numerous persons involved in violent crimes. I am authorized to conduct investigations and make arrests for offenses contained in Titles 18 and 21 of the United States Code.

2.     This affidavit is made in support of a criminal complaint, authorizing the arrest of JORDAN NICHOLAS HADLEY, for a violation of Title 18, United States Code, Section 875(c) (interstate threatening communications).

3.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4.      The Agency is conducting a criminal investigation involving JORDAN NICHOLAS HADLEY for a possible violation of federal criminal law, specifically 18 U.S.C. § 875(c).

5.      On or around April 24, 2026, a caller using telephone number 281-714-7230 left a voicemail in the voicemail inbox of Flock Safety at 404-476-6599. Flock Safety is a company based in Atlanta, Georgia, in the Northern District of Georgia. The voicemail stated "Yeah, I wanna know who allowed you to record us. You're a bunch of Jewish faggots who are breaking the Constitution. Film me and see what fucking happens. I'll find you and I'll fucking kill you."

6.      A grand jury subpoena was sent to Verizon requesting records pertaining to phone number 281-714-7230. Verizon documents show that this phone number was subscribed to JORDAN NICHOLAS HADLEY located at 16906 Terrace Park Drive in Houston, Texas, and has been in use since approximately September 28, 2024. An analysis of the phone records shows an outgoing call from 281-714-7230 to Flock Safety at 404-476-6599 on April 24, 2026.

## CONCLUSION

18.   Based on my training and experience, and the facts set forth in this affidavit, there is probable cause to believe that JORDAN NICHOLAS HADLEY has committed a violation of Title 18, United States Code, Section 875(c) (interstate threatening communications).

2