CLOSED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CRIMINAL DOCKET FOR CASE #: 4:26–mj–00457–1
### *Internal Use Only*

Case title: USA v. Hadley

Date Filed: 07/10/2026

Other court case number: 1:26–mj–712 Northern District of Georgia (Atlanta)

Date Terminated: 07/10/2026

Assigned to: Magistrate Judge Richard W Bennett

**Defendant (1)**

| | | |
|---|---|---|
| **Jordan Nicholas Hadley** | represented by | **Federal Public Defender – Houston** |
| *Unsecured $15,000* | | 440 Louisiana |
| *TERMINATED: 07/10/2026* | | Ste 1350 |
| | | Houston, TX 77002 |
| | | 713–718–4600 |
| | | Fax: 713–718–4610 |
| | | Email: hou_ecf@fd.org |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18: U.S.C. 875(C) transmitting in interstate commerce a | |

1

communication containing a threat
to injure the person of another

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/10/2026 | 1 | Complaint – Northern District of Georgia, Atlanta Division as to Jordan Nicholas Hadley, filed. (smg4) (Entered: 07/10/2026) |
| 07/10/2026 | | Arrest (Rule 40) of Jordan Nicholas Hadley, filed. (smg4) (Entered: 07/10/2026) |
| 07/10/2026 | 2 | Arrest Warrant issued 7/2/2026; Returned Executed on 7/10/2026 as to Jordan Nicholas Hadley.. Document restricted from PACER under privacy policy., filed. (smg4) (Entered: 07/10/2026) |
| 07/10/2026 | | Set Hearing as to Jordan Nicholas Hadley: Initial Appearance – Rule 40 set for 7/10/2026 at 10:00 AM in Courtroom 700 before Magistrate Judge Richard W Bennett (smg4) (Entered: 07/10/2026) |
| 07/10/2026 | | Minute Entry for proceedings held before Magistrate Judge Richard W Bennett: INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS as to Jordan Nicholas Hadley held on 7/10/2026. Defendant requests appointed counsel. Financial Affidavit executed. Order appointing Federal Public Defender. Order of Temporary Detention Pending Hearing. The deft will return at 2pm. Appearances:AUSA Michael Chu, FPD K. Johnson, US Probation: C. Orphe.(Digital # 10:11–10:16AM)(ERO:Yes) (Interpreter:No) Deft remanded to Custody, filed. (svj4) (Entered: 07/10/2026) |
| 07/10/2026 | 3 | Sealed Financial Affidavit CJA 23 by Jordan Nicholas Hadley, filed. (Entered: 07/10/2026) |
| 07/10/2026 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER. Federal Public Defender – Houston for Jordan Nicholas Hadley ( Signed by Magistrate Judge Richard W Bennett) Parties notified. (svj4) (Entered: 07/10/2026) |
| 07/10/2026 | 5 | BRADY ORDER on Rule 5(f) as to Jordan Nicholas Hadley ( Signed by Magistrate Judge Richard W Bennett) Parties notified. (svj4) (Entered: 07/10/2026) |
| 07/10/2026 | | Minute Entry for proceedings held before Magistrate Judge Richard W Bennett: IDENTITY, PRELIMINARY EXAMINATION AND DETENTION HEARING as to Jordan Nicholas Hadley held on 7/10/2026. Deft WAIVED Preliminary/Identity Hearings. Unsecured Bond $15,000. The court finds probable cause. Appearances: AUSA Michael Chu, FPD, K. Johnson, US Probation: C. Orphe. (Digital # 2:01–2:09PM)(ERO:Yes) (Interpreter:No), filed. (svj4) Modified on 7/10/2026 (svj4). (Entered: 07/10/2026) |
| 07/10/2026 | 6 | WAIVER of Rule 5 & 5.1 Hearings by Jordan Nicholas Hadley, filed. (svj4) (Entered: 07/10/2026) |
| 07/10/2026 | 7 | Unsecured Bond Entered as to Jordan Nicholas Hadley in amount of $ 15,000,, filed. (svj4) (Entered: 07/10/2026) |
| 07/10/2026 | 8 | |

2

| | | |
|---|---|---|
| | | ORDER Setting Conditions of Release as to Jordan Nicholas Hadley. ( Signed by Magistrate Judge Richard W Bennett) (Attachments: # 1 Continuation) Parties notified. (svj4) (Entered: 07/10/2026) |
| 07/10/2026 | | RULE 5 Papers sent via email to ND of Georgia Division as to Jordan Nicholas Hadley, filed. (svj4) (Entered: 07/10/2026) |