# United States District Court

NORTHERN DISTRICT OF GEORGIA.

UNITED STATES OF AMERICA

v.

JORDAN NICHOLAS HADLEY

**WARRANT FOR ARREST**
AGENT TO ARREST

Case Number: 1:26-MJ-0712

TO:  The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Jordan Nicholas Hadley

and bring him forthwith before a United States Magistrate Judge without unnecessary delay to answer a **COMPLAINT** charging him with:  transmitting in interstate commerce a communication containing a threat to injure the person of another

in violation of 18, United States Code, Section 875(c).

J. ELIZABETH MCBATH
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

July 2, 2026
Atlanta, Georgia
Date and Location

Bail Fixed at $_____

by_____
Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received:_____7 - 16 - 26_____

Date of Arrest:_____7- 10 - 26_____

JUAN MONTELONGO   FBI
Name and Title of Arresting Officer

Signature of Arresting Officer